IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C. H. KINSEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:13-CV-52-WKW |
| | ) |
| H&R BLOCK, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 20), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)   the Recommendation is ADOPTED;

(2)   this case is DISMISSED without prejudice.

A separate judgment will follow.

DONE this 19th day of July, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE